# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-5198 CAS (MANx) | Date | April 28, 2011 |
|---|---|---|---|
| Title | STAR FABRICS, INC. v. CELINE; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                           Not Present

**Proceedings:**   (In Chambers:) **MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR DEFENDANTS** (filed 04/26/11)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of June 6, 2011 is hereby vacated, and the matter is hereby taken under submission.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of court. If withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear pro se or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3. However, a corporation "may not appear in any action or proceeding pro se." L. R. 83-2.10.1.

The Court concludes that counsel has made a sufficient showing of good cause, and thus hereby GRANTS defendants' counsel's motion to be relieved as counsel. Counsel is hereby ordered to provide defendants with notice of the Court's order in accordance with Local Rule 83-2.9.2.3. Since defendants Celine, Duri USA, LLC, and EOS are corporate entities, and as such may not appear *pro se*, defendants' counsel is ordered to inform defendants that they must retain new counsel within thirty (30) days of the date this order takes effect. Defendants' counsel shall advise defendants that their failure to retain new counsel or otherwise respond within thirty (30) days may result in the imposition of sanctions or the entry of default. Counsel shall attach a copy of this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5198 CAS (MANx) | Date | April 28, 2011 |
|---|---|---|---|
| Title | STAR FABRICS, INC. v. CELINE; ET AL. | | |

order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

    IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |