1  THOMAS P. BLEAU (SBN: 152945)
   BLEAU FOX, A P.L.C.
2  3575 Cahuenga Bl. West, Ste. 580
   Los Angeles, CA 90068
3  Telephone: (323) 874-8613
   Facsimile: (323) 874-1234
4  Email: bleaushark@aol.com
   Attorneys for Plaintiff STAR FABRICS, INC.
5
   HOOTAN TROY FARAHMAND (SBN: 230345)
6  3575 Cahuenga Bl. West, Ste. 580
   Los Angeles, CA 90068
7  Telephone: (310) 560-0606
   Facsimile: (310) 829-0225
8  Email: htflaw@aol.com
9  Attorneys for Plaintiff
   STAR FABRICS, INC.

10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| STAR FABRICS, INC., a California corporation, | Case No. CV10-5198 CAS (MANx) |
| Plaintiff, | [~~PROPOSED~~] ENTRY OF FINAL JUDGMENT ENFORCING SETTLEMENT AGAINST DEFENDANTS |
| v. | Date: June 20, 2011 |
| CELINE, a Business Entity of Form Unknown; DURI USA, LLC, a California Limited Liability Company; EOS, a Business Entity of Form Unknown; and DOES 1 through 10, Defendants. | Time: 10:00am Court: 312 N. Spring Street Courthouse Courtroom 5 Judge: Christina A. Snyder |

14

15

16

17

18

19

20

21

22

23

24

25    Plaintiffs Star Fabrics, Inc. ("Star"), having commenced this action against

26    Sinjin Enterprise, Inc. d/b/a Celine by Chapion, Duri USA, Inc., and JCMC

27    Collection, Inc. dba EOS against Sinjin Enterprise, Inc. d/b/a Celine by Chapion,

28    Duri USA, Inc., and JCMC Collection, Inc. dba EOS.

On or about November 15, 2010, Plaintiffs entered into the Agreement with Defendants, Sinjin Enterprise, Inc. d/b/a Celine by Chapion, Duri USA, Inc., and JCMC Collection, Inc. dba EOS. The Agreement stated that "STAR will cause the dismissal of the Action as to Celine, Duri, and EOS" upon the delivery of all four (4) checks, each check being $2,500.00, for a total of $10,000. Each check was to be delivered no later than November 15, 2010, December 25, 2010, January 25, 2011, and February 25, 2011 (Agreement at Page 2, Paragraph 4). As of the date of this motion, Defendants have made all payments except for their remaining sum of $5,000.00.

**IT IS HEREBY ORDERED, ADJUDICATED & DECREED THAT:**

Judgment is hereby entered in favor of plaintiff, Star Fabrics, Inc. in the sum of $5,000.00 against defendants, Enterprise, Inc. d/b/a Celine by Chapion, Duri USA, Inc., and JCMC Collection, Inc. dba EOS, pursuant to the settlement previously reached by the parties.

**SO ORDERED.**

Dated: _April 27, 2011_          By: _____

                                   Hon. Christina A. Snyder
                                   United States District Court Judge


Submitted by:


By: _____

    H. Troy Farahmand
    **Attorneys for Plaintiffs**
    **STAR FABRICS, INC.**